**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ERNESTO SANTIAGO-ROBLES,

        Petitioner,

v.                                                          Case No: 6:15-cv-943-Orl-37DAB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS
and ATTORNEY GENERAL, STATE OF
FLORIDA,

        Respondents.
_____/

**ORDER**

This cause is before the Court on Petitioner's Motion for Reconsideration (Doc. 6). The Court finds that the motion should be granted.

Accordingly it is **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's Motion for Reconsideration (Doc. 6) is **GRANTED**.

2. The Court's Order of Dismissal entered on July 14, 2015 (Doc. 4) and the Judgment entered on July 15, 2015 (Doc. 5) are hereby **VACATED**, and the Clerk of the Court is directed to reopen this case.

3. Within fourteen (14) days from the date of this Order, Petitioner shall file a computer printout prepared by the institution, a bank ledger card prepared by the institution, a notarized statement by the prisoner, or a financial statement by an authorized officer of the institution containing all transactions in his prisoner account for the three (3) months preceding the filing of the petition. If there have not been any transactions in the prison account during this period, an authorized officer or Petitioner

in a notarized statement must state the following: "There have not been any deposits or withdrawals in this prisoner's account for the period from to ." (Fill in the blanks). Further, if Petitioner did not have a prison account for this period of time, an authorized officer or Petitioner in a notarized statement must inform the Court. Petitioner must submit a computer printout or notarized statement that contains all the transactions in his prisoner account for the period from March 10, 2015, through June 10, 2015, (the three months preceding the filing of his petition). The failure to do so within fourteen (14) days from the date of this order will result in the dismissal of this action without further notice.

5. Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED** without prejudice.

6. This case will proceed as to the claims and arguments raised in the Amended Petition for Writ of Habeas Corpus (Doc. 7) only.

**DONE** and **ORDERED** in Orlando, Florida on August 4th, 2015.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party
OrlP-2 8/4

2